

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2018

No. 04-18-00068-CV

**IN THE INTEREST OF N.J.T. AND V.G.T.,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00721
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a brief is granted. We order appellant's brief due April 9, 2018. This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Because of the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court